UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JESUS S. CARRION and JOSE R. CARRION, :
*individually and on behalf of all other persons similarly* :
*situated*, :
: 20-CV-5459 (JPC)
Plaintiffs, :
: NOTICE OF
-v- : REASSIGNMENT
:
R.G. NEW YORK TILE, INC. et al., :
:
Defendants. :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

This case has been reassigned to the undersigned.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at [https://www.nysd.uscourts.gov/hon-john-p-cronan](https://www.nysd.uscourts.gov/hon-john-p-cronan).**  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.  In a separate order, the Court will refer this case for mediation to the Court-annexed Mediation Program.


SO ORDERED.

Dated: October 13, 2020
        New York, New York
                                                              _____
                                                              JOHN P. CRONAN
                                                              United States District Judge