```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                            :
JESUS S. CARRION and JOSE R. CARRION,                       :
individually and on behalf of all others similarly situated, :
                                                            :
                          Plaintiffs,                       :     20 Civ. 5459 (JPC)
                                                            :
              -v-                                           :         ORDER
                                                            :
R.G. NEW YORK TILE, INC. et al.,                            :
                                                            :
                          Defendants.                       :
                                                            :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has been notified that the parties have reached an agreement on all issues. The parties are hereby ORDERED to file a letter within two weeks of this Order, advising the Court whether the parties have or will enter into a settlement agreement. If there is a proposed or finalized settlement agreement in this case, the letter should also be accompanied by (1) the settlement agreement and (2) a joint letter with supporting evidence indicating that the agreement is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015); *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012) (specifying the factors district courts have analyzed to determine whether a proposed settlement is fair and reasonable).

SO ORDERED.

Dated: February 16, 2021
      New York, New York
                                          JOHN P. CRONAN
                                      United States District Judge