Law Office of
# Justin A. Zeller, p.c.

Justin A. Zeller
jazeller@zellerlegal.com

John M. Gurrieri
jmgurrieri@zellerlegal.com

Telephone: 212.229.2249
Facsimile: 212.229.2246

March 2, 2021

**VIA ECF**

Hon. John P. Cronan, United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 20C
New York, NY 10007-131

Re: *Carrion et al v. R.G. New York Tile, Inc. et al*, 20 CV 5459 (JPC)

Dear Judge Cronan:

  This firm represents the plaintiffs in the above-referenced action. The plaintiffs write with defendants' consent. The parties have settled this action and have exchanged multiple drafts of the settlement agreement. The parties have nearly finalized the form of the agreement. The parties move to extend the time to submit the agreement and fairness letter from today until March 16, 2021, to allow the parties time to finalize the agreement, have the parties execute it, and finalize the fairness letter.

  I thank the Court for its time and consideration.

Respectfully submitted,

*John M. Gurrieri*

John M. Gurrieri

Plaintiffs' request is granted. The parties shall file a *Cheeks* letter pursuant to the Court's Order dated February 16, 2021 (Dkt. 18) by March 16, 2021.

SO ORDERED.

Date: March 2, 2021

New York, New York

_____
JOHN P. CRONAN
United States District Judge